RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2023 NOV 8 AM11:43

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRISONER CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

*DEMANDA POR VIOLACION A DERECHOS CIVILES DE CONFINADO*
*42 U.S.C. § 1983*

Hipolito Larregui Santiago
Full name of plaintiff
*Nombre completo del demandante*

23-cv-1560 JAG

v.

Estados Unidos de America ;   " BOP "

MDC de Guayanabo, Puerto Rico ;

Sr. Angel L. Adams ; y Otros

Full name(s) of defendant(s)
*nombre completo de(l)(los) demandado(s)*

I.   Previous lawsuits.
     *Pleitos radicados anteriormente.*

   A.   Have you brought other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        *¿Ha iniciado usted otros pleitos en los tribunales estatales o federales que tengan que ver con los mismos hechos de la presente acción o que se relacionen con su reclusión?*

        (X)   Yes *(Si)*                    ( )   No

   B.   If your answer to "A" is yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

        *Si la contestación a la pregunta "A" es en la afirmativa, describa el pleito en el espacio siguiente. De existir más de un pleito, descríbalos en otro papel*

*utilizando el mismo modelo.*

1. Parties to the previous lawsuit.
   *Partes en el pleito anterior.*

   Plaintiff(s)
   *Demandante(s)*    Hipolito Larregui Santiago

   civil,No : 22-cv-1455 (FAB) Y OTROS

   Defendant(s)
   *Demandado(s)*    Estados Unidos de America ;

   ET. Alas .

2. Court. If federal court, name the district, if state court, name the county or part.

   *Tribunal. Si es un tribunal federal, indique el distrito, si es un tribunal estatal, indique el condado o sala.*

   Tribunal Federal de Puerto Rico Cir. 1

3. Docket number.
   *Número asignado.*    No : 3

4. Name of judge to whom the case is assigned.
   *Nombre del juez a quien se le asignó el caso.*

   Juez Silvia Carreño Coll

5. Disposition. For example: Was the case dismissed? Was it appealed? Is it still pending?

   *Disposición. Por ejemplo: ¿Se desestimó el caso? ¿Se apeló? ¿Se encuentra aún pendiente?*

   Se Desestimo Por el (Idioma) Y los Requerimientos
   que el (MDC) Me " Limita " a Cumplir Con los Mismos

6. Approximate date of filing lawsuit.
   *Fecha aproximada en que radicó el pleito.*

   21 de septiembre de 2022

42:1983                                              -2-

      7.    Approximate date of disposition.
             *Fecha aproximada en que se resolvió el pleito.*

           <u>No Sea (Resolvido) y He Multiples (Represalias0</u>

II.    Place of confinement.
     *Lugar actual de reclusión.*

    A.    Is there a prisoner's grievance procedure in the institution?
          *¿Existe un procedimiento de quejas y agravios para los confinados en la institución?*

          (X) Yes *(Sí)*         ( ) No

    B.    Did you present the facts related to your complaint in the state prisoner's grievance procedure?
          *¿Presentó usted los hechos de su querella bajo el procedimiento de quejas y agravios para confinados?*

          (X) Yes *(Sí)*         ( ) No

    C.    If your answer is yes,
          *Si su contestación es afirmativa,*

        1.    What steps did you take?
            *¿Qué medidas tomó usted?*

           <u>he Realizado Quejas de Agravios y me Dirigi al</u>
           <u>Director Regional, Noticias y Otros</u>

        2.    What was the result?
            *¿Cuál fue el resultado?*

           <u>el Sr. Adams y Subalternernos de el an tomado</u>
           <u>Represalias y Se mean Hecho Amenazas .</u>

    D.    If your answer is No, explain why not.
          *Si su contestación es No, explique porqué.*

           <u>Por que el Sr. Adams y Otros Incurren en Abusos de</u>
           <u>Poder y Violentan Mis Derechos Entre Otras</u> .

42:1983                                     -3-

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
*Si no existe un procedimiento de quejas y agravios en la institución, ¿se quejó usted con las autoridades de la institución?*

(X) Yes *(Sí)*        ( ) No

F. If your answer is Yes,
*Si su contestación es en la afirmativa,*

1. What steps did you take?
*¿Qué medidas tomó usted?*

HABLE CN EL SR. TORRES DURANTE LA INSPECCION YA QUE NINGUMO MAS ATIENDE MIS QUEJAS O SOLICITUDES

2. What was the result?
*¿Cuál fue el resultado?*

SE QUEDA TODO IGUAL PORQUE EL UNI-MANAGER NO PUEDE IRSE POR ENSIMA DEL SR. ANGEL L. ADAMS " WARDEN "

III. Parties.
*Partes.*

In item A below, write your name in the first blank and write your present address in the second blank. Do the same for additional parties, if any, using the reverse side if necessary.

*Bajo la letra A, escriba su nombre en la primera línea y su dirección actual en la segunda línea. Si hay demandantes adicionales, provea la misma información utilizando el dorso si es necesario.*

A. Name of plaintiff
*Nombre del demandante*   HIPOLITO LARREGUI SANTIAGO

MDC DE GUAYNABO - P.O.BOX.2,005

Address
*Dirección*   UNIDAD 4-C , CELDA # 102

CATAÑO, PUERTO RICO. 00963

42:1983                          -4-

In item B below, write the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the name, position and place of employment of any additional defendant.

*Bajo la letra B, escriba en la primera línea el nombre completo del demandado, en la sgunda línea escriba el puesto que ocupa y en la tercera línea escriba el lugar donde está empleado. Utilice el apartado C para escribir el nombre, puesto y lugar de empleo de otro demandado.*

B. Defendant
   *Demandado*          ANGEL L. ADAMS " WARDEN "

   is employed as
   *está empleado como*   ES EL WARDIAN Y/O SUPER DE LA INST.

   at
   *en*                  MDC DE GUAYNABO, PUERTO RICO .

IV. Statement of Claim.
    *Relación de Hechos.*

State here, as briefly as possible, the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates or statutes. Do not give any legal arguments or cite any cases or statutes. If you intend to allged a number of related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet if necessary.

*Escriba brevemente los <u>hechos</u> del caso. Describa la participación de cada uno de los demandados. Incluya también los nombres de otras personas que tuvieron participación, las fechas y los estatutos. No presente argumentos legales ni cite precedentes ni estatutos. Si usted quiere presentar varias reclamaciones, enumérelas y hágalo en párrafos por separado. Puede utilizar otra hoja de papel si lo considera necesario.*

SE " NOTIFICA " A ESTE HON. TRIBUNAL QUE ( ANEJARE ) UNAS PAJINAS " ADICIONALES PARA PLANTIAR UNA POR UNA LAS MULTIPLES SITUACIONES DEBIDO A LAS ( REPRESALIAS ) POR PARTE DEL SR. ANGEL L. ADAMS HE OTROS SUBALTERNOS QUE LABORAN BAJO SU MANDATO " INMEDIATO " Y LOS MISMOS SE PARCIALIZAN HE CONFABULAN EN ( REPRESALIAS ) EN MI CONTRA .

Y SE ENTIENDE QUE ES NECESARIA LA " PRONTA " INTERVENCION DE ESTE HON. TRIBUNAL YA QUE MI SALUD, SALUD FISICA, SALUD MENTAL Y/O MI VIDA SE ENCUENTRA EN RIESGO ( EMINENTEMENTE ) .

V. Request for Relief.
*Solicitud de Remedio.*

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

*Indique brevemente lo que usted espera que el tribunal haga por usted.  No escriba argumentos legales ni cite precedentes ni estatutos.*

SE SOLICITA DE ESTE HON. TRIBUNAL DE MANERA " RESPETUOSA " QUE SE INTERVENGA DE FORMA ( INMEDIATA ) DONDE SE " ORDENE " ( SESE Y DESISTA ) LA " NEGACION " DE LOS ( SERVICIOS ) HE LAS ( REPRESALIAS ) EN MI CONTRA , DONDE SE ME ( EXONERE ) DE DICHAS " QUERRELLAS " ( VISIADAS ) Y DONDE DE ESTE HON. TRIBUNAL ENCONTRAR CULPABLE A LOS MISMOS DE ( VIOLACIONES ) DE DERECHOS CIVILES HE CONSTITUCIONALES , EL SR. LARREGUI ESTARIA SOLICITANDO UNA ( INDEMNIZACION ) POR LAS VIOLACIONE DE DERECHOS CIVILES HE CONSTITUCIONALES , LOS DAÑOS PSICO-LOGICOS, DAÑOS (NO) RETROACTIVOS Y OTROS .

I declare under penalty of perjury that the foregoing is true and correct.
*Declaro bajo pena de perjurio que lo anterior es cierto y correcto.*

Signed this __12__ day of __SEPTIEMBRE__ of __2023__ .
　　　　　　　*(día)*　　　　　　*(mes)*　　　　*(año)*

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Plaintiff's signature
　　　　　　　　　　　　　　　*Firma del demandante*

42:1983　　　　　　　　　　　　　　-6-

SE ANELA LOS DEMAS DEMANDADOS Y LAS SITUACIONES ACONTINUACION