RECEIVED AND FILED
RECEIVED AND FILED
CLERK'S OFFICE USDC PR

UNITED STATED DISTRICT COURT

OF DISTRICT OF PUERTO RICO

| | |
|---|---|
| HIPOLITO LARREGUI SANTIAGO | CASO, NO : 23-CV-1560 JAG |
| * DEMANDANTE * | |
| -V- | |
| UNITED STATED OF AMERICA ; | SOBRE : DEMANDA POR VIOLACIONES |
| DEPARTAMENTO DEL (BOP) FEDERAL ; | A (DERECHOS) CIVILES DE CONFINA |
| (MDC) DE GUAYNABO PUERTO RICO ; | DO ( 42 U.S.C. SEC. 1983 ) |
| SR. ANGEL L. ADAMS, " WARDEN " ; | ET. ALAS . |
| SR. SANTANA, " CAPITAN " ; | |
| SR. ALVINO , " TENIENTE " ; | |
| SR. AYALA, " TENIENTE " (SIS ) ; | |
| SR. RIVERA, " TENIENTE " ; | |
| SR.NIEVES, OFICIAL (DHO) ; | |
| SR. W. MALDONADO, " CONCEJERO " ; | |
| SRA. A. DIAZ SANTINI, OFICIAL ; | |
| SR. VEGA, " KIT-MANAGER " ; | |
| SR. W. TORRES, " UNI-MANAGER " ; | |
| ET. ALAS . | |
| * DEMANDADOS * | |

=============================================================================

SOBRE : " DEMANDA " POR VIOLACIONES A ( DERECHOS ) CIVILES DE CONFINADOS ,

AL " AMPARO " DEL ( 42, U.S.C. SEC. 1983 ) ET. ALAS .

=============================================================================

AL HON. TRIBUNAL COMPARECE EL " DEMANDANTE " DE EPIGRAFE Y EN ADELANTE EL

SR. LARREGUI, POR DERECHO PROPIO ( PRO-SE ) Y EN FORMA " PAUPERIS " ANTE

ESTE HON. TRIBUNAL MUY RESPETUOSAMENTE EXPONE, ALEGA Y SOLICITA .

QUE LOS AQUI ( DEMANDADOS ) TODOS Y CADA UNO DE LOS MISMOS EJERSEN Y/O

LAVORAN BAJO EL ( MANDATO ) Y RECIBIENDO ( ORDENES ) POR PARTE DEL " WARDEN

( SR. ANGEL L. ADAMS ) Y QUE LOS MISMO ( LAVORAN ) PARA LOS ( ESTADOS UNI

DOS DE AMERICA ) EN LA SIGUIENTE DIRECCION : MDC DE GUAYNABO - P.O.BOX

2,008 - CATAÑO, PUERTO RICO. 00963 .

-1-

PRIMERO : QUE SE ESTARIA " NOTIFICANDO " QUE DEBIDO A MIS ( RECLAMOS ) A

DERECHOS AH PODER RECIBIR UNA ( ADECUADA HE DIGNA ATENCION MEDICA )ENTRE

OTRAS EL SR. ANGEL L. ADAMS Y SUBALTERNOS DEL MISMO AN INCURRIDO EN UN SIM-

NUMERO DE ( REPRESALIAS ) EN MI CONTRA, ASI ESTOS ( ABUSANDO ) DE " PODER "

BAJO EL PUESTO QUE EJERSEN LOS MISMOS Y ( CONFABULANDOSE ) LOS MISMO DONDE

AN ( VIOLENTANDO MIS DERECHOS " CIVILES " HE " CONSTITUCIONALES " ) POR LAS

SIGUIENTES RAZONES EXTRAORDINARIAS, CONVINSENTES Y DE SUMA ( SERIEDAD ) .


A) QUE ALLA PARA EL ( 14 DE FEBRERO DE 2022 ) Y EN EL AREA DE (ARD) Y/O AD-

MICIONES POR EL HECHO DE (NO) QUERRER ASISTIR A UNA RUTA MEDICA DEVIDO A LA

MANERA QUE SE ME QUERIA ( RESTRINGIR ) CAPRICHOSAMENTE HE ALBITRARIAMENTE

SIN ( IMPORTARLES ) EL QUE SOY UNA PERSONA ( DISCAPACITADA ) QUE ACARREO UN

SIMNUMERO DE ( CONDICIONES CRONICAS DE SALUD Y LIMITACIONES FISICAS ) , EL

( SR. AYALA " TENIENTE " ) , EL MISMO EMPUJO DE MANERA INADECUADA EL (CILLA

DE RUEDA) EN LA CUAL ME " DESPLAZO " DONDE SE ( DESCONTROLO ) Y ME ENRREDO

MIS PIERNAS CON LOS PEDALES Y RUEDAS DE DICHA CILLA DONDE CAI EN LOS PIES

DEL ( SR. SANTANA " CAPITAN " ) , Y EL MISMO GRITO Y CITO ¿ QUE ESTA PASAN-

DO AQUI ? PERO A SU VEZ (NO) TOMO UNA ACCION ( CORRECTA ) Y AL BAJAR EL

( SR. ANGEL L. ADAMS ) EL MISMO PARA ( RIPOSTAR ) Y/O TRATAR DE " JUSTIFI-

CAR " LA ( MALA PRACTICA ) HE ( ABUSO DE PODER ) DEL TENIENTE ( SR. AYALA )

EL MISMO ORDENO QUE SE ME REALIZARA UNA " QUERRELLA  POR LOS ( CODIGOS 306

307 ) DONDE SOLAMENTE SIN VERSE UNA VISTA ADECUADA HE IMPARCIAL SOLO SE ME

INFORMO QUE SE ME SANCIONARIA POR ( 30 DIAS SIN TELEFONO ) .


B) QUE ALLA PARA AFIÑALES DEL MES DE ( ABRIL ) Y/O APRINCIPIOS DEL MES DE

( MAYO ) EL OFICIAL QUE ESTABA DE TURNO EN LA UNIDAD (3-A) DEL TURNO (B) EL

MISMO ME NOTIFICO QUE TENIA UNA ENTREVISTA CON EL ( ABOGADO ) DONDE FUI

LLEVADO ( BAJO ENGAÑO ) Y POR ENDE EN CONTRA DE MI VOLUNTAD AL ( AREA ADMI-

NISTRATIVA ) DONDE FUI LLAMADO POR EL ( TENIENTE SR. RIVERA ) PARA DISCUTIR

UNAS " QUERRELLAS " QUE EL SR. LARREGUI HABIA REALIZADO , DONDE ESTE SIN EL

QUE AUN (NO) HABIAN SIDO CONTESTADAS EL QUERIA QUE ( FIRMARA ) LAS MISMA Y

ASI QUITAR SU ( RESPONSABILIDAD ) DE RESOLVER DICHA SITUACIONES DONDE AL EL

SR. LARREGUI ( NEGARSE ) A FIRMAR LAS MISMA EL ( TENIENTE SR. RIVA ) REALI-

ZO LAS SIGUIENTE " MANIFESTACIONES " Y CITO ( ¡ AHHH (NO) LAS VAS A FIRMAR!

! YA TU VERAS LO QUE TE VA A PASAR ¡ ) ; ( ACTO SEGUIDO )

EL ( TENIENTE SR. RIVERA ) " CUMPLIO " SU ( AMENAZA ) , LA MISMA CONSISTI -
ENDO EN QUE EL DIA ( 21 DE MAYO DE 2022 ) , SE PERSONO LOS TENIENTES ( SR.
ALVINO "SIS" ), ( SR. AYALA ), HE ( SR. RIVERA ) ; DONDE LOS MISMO SACAN A
MI COMPAÑERO Y AMI FUERA DE LA VISTA DE LA ( CELDA ) Y LOS " TENIENTES " EL
( SR. AYALA ) Y ( SR. RIVERA ) SE METIERON EN MI CELDA Y OTRO OFICIAL EL
LLEVADA UN BULTO EN MANO Y LUEGO DE REGISTRAR DICHA CELDA # 101 EN LA UNI-
DAD (3-A) AL DIA SIGUIENTE LOS MISMOS ME " REALIZARON " UNA ( QUERRELLA )LA
BAJO EL ( CODIGO 104 NO: 3643188 ) LA CUAL ( APELE ) BAJO EL NUMERO DE CASO
( KLRA-2022-0420 ) HE ( 3:22-CV-01455- SCC ) DONDE POR EL HECHO DE (NO)PO
PODER CUMPLIR CON EL " REQUERIMIENTO " DE ESTE HON TRIBUNAL EN CUESTION DEL
( RADICAMIENTO ) DE LOS RECURSOS , SE ME AN ( DESESTIMADO ) LOS RECUSOS SIN
TOMAR EN ( CUENTA ) LA " SERIEDAD Y/O GRAVEDAD " DE DICHA SITUACION POR LAS
SIGUIENTES RAZONES :

1) POR EL ( IDIOMA ) , EN " ESPAÑOL " EL CUAL ES EL UNICO QUE LEO Y ESCRIBO
Y CARRESCO DE VIENES GANANCIALES Y/O MUEBLES PARA SUFRAGAR LOS " HONORARIOS
PARA SUFRAGAR LOS GASTOS DE UN ( TAQUIGRAFO ) QUIEN LA TRADUSCA AL INGLES .

2) POR EL HECHO DE QUE (NO) PUEDO ENVIARLE LAS ( CPIAS ) NECESARIAS PARA LA
RADICACION POR CADA DEMANDADO COMO AL IGUAL EL ( ESTADO DE CUENTA DE SEIS
MESES ) DE ANTICIPACION EN LO CUAL ( DICHA INSTITUCION FEDERAL DEL MDC ) ME
( OBSTRUYE ) Y ( LIMITA ) EL PODER CUMPLIR POR QUE (NO) BRINDA DICHOS REQUE
RIMIENTOS QUE EXIGE ESTE HON. TRIBUNAL Y MAS AL SEÑOR LARREGUI SER INDIGEN-
TE .

C) QUE ALLA PARA EL MES DE ( MAYO ) APRINCIPIOS REDACTE UNA ( CARTA ) EN
" SOLICITUD " DE UNAS NECESIDADES, ALEGACIONES Y/O SITUACIONES EN LAS QUE
HEMOS SIDO AFECTADO EMOCIONAL HE PSICOLOGICAMENTE, LA MISMA FUE HECHA CON
LA FIRMA DE LOS CONFINADOS DE DICHA UNIDAD (4-C) " COLECTIVAMENTE " ; DONDE
LAS REPERCUCIONES ME ( AFECTARON ) SOLAMENTE AMI POR SIMPLE HECHO DE HABER
SIDO QUIEN REDACTO DICHA SOLICITU, ESTO CONSINTIENDO EN QUE ALLA PARA EL
DIA ( 29 DE MAYO DE 2023 ) ME FUE REALIZADA UNA NUEVA QUERRELLA DE MANERA Y
FORMA VISIADA POR LOS ( CODIGO 306 Y 307 , NO : 3378386 ) REALISADA POR LA
OFICIAL ( SRA. A. DIAZ SANTINI ) LA CUAL ANTERIORMENTE ME HABIA CONTADO EN
VARIOS CONTEO ( SENTADO ) DEBIDO A QUE SOY UNA PERSONA (DISCAPACITADA) , Y
DICHA QUERRELLA FUE POR QUE  (ALEGADAMENTE NO ME PUSE DE PIES EN EL CONTEO)

-3-

LO CUAL SE " NOTIFICA " A ESTE HON. TRIBUNAL QUE EL SR. LARREGUI SE ( DES -
PLAZA ) POR MEDIO DE UNA ( CILLA DE RUEDA ) ; DONDE A LOS VARIOS DIAS SIGUI
ENTES SE PERSONO A LA ( UNIDAD 4-C ) EL ( SR. VEGA, " KIY-MANAGER " ) HE EL
( SR. W. MALDONADO, " CONCEGERO ) DONDE EN VES DE VENTILAR UNA ( VISTA ) DE
MANERA ADECUADA DONDE SE UTILICE EL ( DEBIDO PROCESO DE LEY ) EL " SR. MAL-
DONADO " CUADO EL SR. LARREGUI LE INFORMA QUE ( TENIA UNAS EVIDENCIAS )
PARA PRESENTARCELAS PARA QUE EVALUARA Y TOMARA SU DESICION , EL MISMO SE
HECHA A " REIR " Y ME INDICA Y CITO ( ! YO (NO) VINE A VER NINGUNA VISTA,YO
SOLO VINE A NOTIFICARTE QUE ESTAVAS SANCIONADO A " 30 DIAS SIN VISITA Y 30
DIAS SIN COMISARIA ) SIN UTILIZAR EL DEBIDO PROCESO DE LEY ; LA CUAL APELE
LA MISMA (NO) AH SIDO CONTESTADA .

POR OTRO LADO ALLA PARA EL DIA ( 31 DE AGOSTO DE 2023 ) , NUEVAMENTE SE ME
REALIZA UNA NUEVA QUERRELLA POR EL ( CODIGO 306 Y 307 NO : 3819854 ) DONDE
EL ( TENIENTE SE L. RAMOS ) EL MISMO ME REALIZA UNA QUERRELLA POR EL HECHO
DE QUE COMO ANTERIORMENTE HABIA OCURRIDO EL DIA ( 14 DE FEBRERO DE 2022 ) Y
PARA JUSTIFICAR COMO QUE ESTOS ME ESTABAN OFRECIENDO EL SERVICIO Y QUE EL
SR. LARREGUI SE ESTAVA " NEGANDO " , DONDE SE ( CERTIFICA ) QUE EL HECHO
POR EL CUAL ME ESTABA " NEGANDO " POR SEGUNDA VEZ ES POR EL HECHO DE QUE SE
ME QUERIA ( RESTRINGIR ) NUEVAMENTE DE MANERA ( INADECUADA ) HE CAPRICHOSA-
MENTE EN LO CUAL " AGRAVA " MIS CONDICIONES DE SALUD FISICA Y DE ESTA MANE-
AGRAVANDO LOS ( DOLORES AGUDOS ) QUE PRESENTO AL ESTO QUERRERME ( RESTRIN -
GIR ) DE MANERA Y/O FORMA INADECUADA ; DE LA CUAL SOLICITE LA " RECONCIDE -
RACION DONDE EL ( SR. W. TORRES ) EL MISMO ME INDICO QUE CON RELACION A LAS
QUERRELLAS NO: 3778386 y NO : 3819854 HIBA A HACER LAS GESTIONES PARA QUI -
TAR LAS MISMAS DEL " EXPEDIENTE " PARA QUE LAS MISMAS (NO) APARECIERAN .

SEGUNDO : QUE SE " NOTIFICA " A ESTE HON. TRIBUNAL QUE MIS ( RECLAMOS ) AN
SIDO LOS MISMOS POR EL HECHO DE QUE SE ME AN ( NEGADO ) PAULATIVAMENTE LOS
SERVICIOS MEDICOS NI DANDO EL DEBIDO SEGUIMIENTO A MIS CONDICIONES CRONICAS
DONDE AL (NO) BRINDARCEME LOS MISMOS A SU DEBIDO TIEMPO HE ADECUADAMENTE
ESTO " ACARRIARIA " EL QUE LOS ( DAÑOS FUERAN PERMANENTES ) SIN TENER UN
" RESULTADO " POSITIVO QUE SEA UNO ( RETROACTIVO ) AL (NO) DARCEME LA ATEN-
CION MEDICA ADECUADA Y A TIEMPO LO CUAL ALGUNAS DE MIS CONDICIONES CRONICAS
SI (NO) SE ATENDEN ADECUADAMENTE A TIEMPO PODRIA COSTARME HASTA LA ( VIDA )
( EMINENTEMENTE ) AL (NO) RECIBIR UNA ADECUADA Y DIGNA ATENCION MEDICA ,

-4-

DONDE SE ESTARIA NOTIFICANDO QUE EN LA ACTUALIDAD TENGO LAS SIGUIENTES CON-
DICIONES CRONICAS QUE (NO) AN SIDO ATENDIDAS LAS MISMAS ADECUADAMENTE Y/O
EN NINGUNA MANERA :

1) TENGO ( CATARRATAS EN AMBOS OJOS ) Y DESDE MI INGRESO (NO) ME AN REALI -
ZADO NI TANSIQUIERA UNA " EVALUACION " NI SE ME A TRATADO DICHA CONDICION
DONDE SE APERCIVE QUE HE ACARRIADO ( PERDIDA DE VISION ) .

2) (NO) ME AN REALIZADO REFERIDOS A ( FISIATRAS ) Y/O ( ORTOPEDAS ) DONDE
LOS MISMOS ME " REFIERAN " LAS CORRESPONDIENTES ( TERRAPIAS FISICAS ) FONDE
MI ( SALUD FISICA ) SE AH " DETERRIORADO " EN GRAN MANERA DONDE MIS DOLORES
HE LIMITACIONES SON ( AGUDAS ) HE ( INRETROACCTIVAS ) DEVIDO AL DETERRIORO
Y EMPEORAMIENTO DE MI ( SALUD )

3) (NO) SE MEA TRATADO MI CONDICION DE ( DIAVETES ) ADECUADAMENTE AL NEGAR
ME EL MEDICAMENTO ( TRULICITY ) EL CUAL ME RESULTO EN UN TIEMPO POSITIVAMEN
TE DONDE EVITARIA LOS (4) PULLASOS DIARIOS QUE ME TENGO QUE REALIZAR Y ESTO
MUTILANDO MI PIEL, DONDE MAS AUN EN LA ACTUALIDAD SE ME ESTAN SUMINISTRANDO
LAS INSULINAS EN UN AREA ( INADECUADA ) DONDE PODRIA EXPONER MI SALUD Y/O
HASTA LA ( VIDA ) AL QUERRERME ( SUMINISTRAR ) LOS MEDICAMENTOS EN UN AREA
DONDE CONSTANTEMENTE PASAN TODO TIPOS DE ( DESPERDICIOS ) DE BASURA,LIQUI-
DOS,SOLIDOS Y/O TOXICOS .

A) QUE ALLA PARA EL DIA ( 10 DE ENERO DE 2023 ) Y EN LA INSTITUCION ESTATAL
DE ( GUAYAMA ) OCURRIO UN " ACCIDENTE " OCACIONADO POR EL OFICIAL ( SR. J
RIVERA ) DONDE EL MISMO ME DEJO CAER DE UNA CAMILLA POR ( INEGLIGENCIA CRA-
ZA ), DONDE ME ( NEGARON ) LOS SERVICIOS MEDICOS EN LA LIBRE COMUNIDAD PARA
TRATAR DE OCULTAR LA " MALA PRACTICA ", DONDE DICHA CARCEL ES UNA ESTATAL Y
(NO) DE JURISDICCION FEDERAL COMO SE DEVIO EN TODO MOMENTO QUE EL SR. LARRE
GUI ESTUVIESE Y AUN EN LA " ACTUALMENTE " (NO) SE ME AH BRINDADO LOS SERVI-
CIOS MEDICOS HE ATENCION ADECUADA CON RELACION A ESTE ACCIDENTE ; Y QUE SE
LE " NOTIFICA " A ESTE HON. TRIBUNAL QUE EXISTE UN RECURSO QUE RADIQUE EN
EL HON. TRIBUNAL DE ( GUAYAMA ) CON ( NUM. CASO : GDJ-2023-0036 ) SOBRE :
( INSENTIVOS FEDERALES ), DONDE ACTUALMENTE DICHA INSTITUCION DEL (MDC) DE
GUAYNABO ESTAN ( OBSTRUYENDO ) MIS CARTAS LEGALES DONDE (NO) HE RECIBIDO NI
UNA CARTA MAS Y/O EL ESTATUS DEL " FORMULARIO QUE REMETI SEGUN SE ME FUE
( ORDENADO ) POR EL HON. TRIBUNAL DE GUAYAMA .

B) QUE ALLA PARA EL Dia ( 24 DE ABRIR DE 2023 ) FUI INTERVENIDO POR EL ( DENTISTA SR. ROACKD ) EL CUAL ME REALIZO UNA ( MALA PRACTICA ) DONDE EL MISMO ME ( EXTRAJO ) UNA MUELA " DEJANDO " ASI UNA ( PARTICULAS DE UNA MUE- LA RETENIDA ) Y HASTA EL PRESENTE ESTOY RECIVIENDO UNOS ( CORENTANZOS ) EN EL LADO ( IZQUIERDO ) DE LA CARA DONDE SE ME QUEDA ( DOLORMIDA ) TODA EL AREA ; DONDE EL DIA ( 31 DE AGOSTO DE 2023 ) (NO) PUDE IR A DICHA CITA EN EL ( MASINOFACIAL ) DEBIDO A QUE EL PERSONAL DEL (MDC) ME QUERIA ( RESTRIN- GIR ) DE MANERA Y FORMA INADECUADA SOMETIENDOME A UN ( CASTIGO CRUEL HE INU CITADO ) AL (NO) TOMAR EN CUENTA EL ESTADO DE MIS ( CONDICIONES ) DE SALUD Y SALUD FISICA Y ENTENDIENDO DE QUE EL ( SR. LARREGUI ) (NO) REPRESENTA NIN GUN TIPO DE ( RIESGO DE FUGA ) ALGUNO .Y MAS AUN CUANDO MIS CONDICIONES LAS MISMAS DEVERIAN SER ( CONSIDERADAS ) EN QUE LAS " RESTRINCIONES " FUERAN DE MANERA Y FORMA ( MENOS SEVERA ) .

TERCERO : QUE ALLA PARA EL DIA APROXIMADAMENTE ( 5 DE JUNIO DE 2023 ) A ESO DE LAS ( 12:00 pm ) SE PERSONO EL ( SR. ANGEL L. ADAMS ) JUNTO AL ( SR. SAN TANA ) Y OTROS PERTENECIENTES A SU PERSONAL PARA EFECTUAL LA ( INSPECCION ) QUE DEVERIA SER PARA RESOLVER LAS NECESIDADES Y/O RECLAMOS DEL CONFINADO, DONDE AL ( SR. ADAMS ) VER QUE SE TRATABA DEL SR. LARREGUI QUIEN LO DETUVO PARA PLANTIARLE UNAS SITUACIONES , EL MISMO PROCEDIO A MIRAR BIEN EL (IDY) DONDE LE EXPRESA AL ( SR. SANTANA ) Y CITO ( ¿ QUE HACE ESTE PRESO EN MI CARCEL ? , ! YO (NO) LO QUIERO EN MI CARCEL ¡ ) , DONDE EL ( SR. SANTANA ) LE INDICO QUE EN LA INSTITUCION DE GUAYAMA HABIA TENIDO UN ( ACCIDENTE ) Y EL RADICO UNA DEMANDA Y POR TAL RAZON LO HECHARON PARA ACA NUEVAMENTE ; DON- DE EL ( SR. ADAMS ) LE IMPARTE INSTRUCIONES DIRECTAS AL ( SR. SANTANA ) LE INDICO Y CITO ( ! AMI (NO) ME IMPORTA LO QUE AHIGA PASADO YO (NO) LO QUIERO EN MI CARCEL ¡ ) ; EN LO CUAL EL SR. LARREGUI SOLICITO AL (SIS) PARA QUE LE RADICARAN UNA ( INVESTIGACION ) POR LO MANIFESTADO EN CONTRA DE MI PERSONA ( REPRESIVAMENTE ) HE ( DISCRIMINANDOME ) POR EL HECHO DE QUE ALEGO MIS DERECHOS Y DENUMCIO LOS ABUSOS DE PODER CRUELES HE INUCITADO POR PARTE DE ESTE Y SUBALTERNOS DEL MISMO BAJO SU MANDATO , DONDE EL DIA ( 21 DE AGOSTO DE 2023 ) DURANTE LA ( INSPECCION ) EL MISMO COMENZO A MIRARME MAL TRATANDO DE ( INTIMIDARME Y/O SUGESTIONANDOME ) POR LO SOLICITADO DONDE A SU VES LE DIRIGI UNA CARTA AL ( DIRECTOR REGIONAL ), ( NOTICIAS ) HE AL ( SR. JAY FON SECA ) PARA ( DENUMCIAR ) LOS ABUSOS DE PODER, VIOLACIONES DE DERECHOS CIVI LES HE CONSTITUCIONALES Y REPRESALIAS CONSTANTE POR PARTE DEL ( SR. ADAMS )

-6-

QUE ALLA PARA EL MES APROXIMADAMENTE DEL ( JUNIO ) OCURRIO UNA SITUACION DE

CARACTER SERIO POR FALTA DE ( SEGURIDAD ) DONDE EL ( TENIENTE SR. ALBINO )

Y EL ( SR. NIEVES ) DE MANERA ALBITRARIA, CAPRICHOSA HE INLEGAL NOS DIO UNA

( SANCION COLECTIVAMENTE ) DEJANDONOS SIN ( RECIBIR VISITA, COMISARIA NI RE

CREACION ) POR UN LAPZO APROXIMADAMENTE DE ( 5 A 6 SEMANAS ) , POR EL HECHO

DE QUE ESTE PERSONAL QUERIA QUE LA MATRICULA ( COPERARA ) CON ELLOS EN CU-

ESTION DE LO SUCEDIDO , DONDE AL NADIE ACCEDER A ( COPERAR ) LOS MISMOS NOS

SANCIONARON COLECTIVAMENTE DONDE YO ME DIRIGI A LA LICID. LAURA RODRIGUEZ Y

A UN FAMILIAR MIO PARA QUE HISIERA UNA ( DENUMCIA ) ANTE LAS NOTICIAS DONDE

EL OFICIAL ( SR. PAGAN ) EL MISMO ME NOTIFICO PARA QUE ME VISTIERA Y QUE

ALEGADAMENTE TENIA UNA ( CITA PSICOLOGO ) , DONDE EL MISMO ( MINTIO ) PARA

DESPREVENIRME DEL QUE SE ME ( LLEVO AL AREA ADMINISTRATIVA ) BAJO ( ENGAÑO )

DONDE ME RECIBIO EL ( TENIENTE SR. SANTIAGO ) EL CUAL EN NINGUN MOMENTO

ME FALTO EL RESPETO Y SOLAMENTE ME INDICO Y CITO ( ¿ CUALES SON TUS RECLAMO

S ? DONDE AL INDICARLE QUE ERA INJUSTO EL QUE SE NOS SANCIONARA COLECTIVA-

MENTE POR EL HECHO DE QUE NADIE AHIGA COPERRADO Y QUE (NO) ERA ALGO CORECTO

EL QUE SE NOS SANCIONARA COLECTIVAMENTE POR UNA ( SITUACION AHISLADA )DONDE

APARECIO EL ( SR. NIEVES " DHO " ) Y EL MISMO EN ACTITUDES INADECUADAS EL

PROCEDE A AMENAZARME CON QUITARME TODO TIPO DE COMUNICACION COMO VUELVA A

PEDIRLE A MI FAMILIA ( QUE LLAMARA A LAS NOTICIAS ) Y AL EL SR. LARREGUI IN

DICARLE QUE ERA UN ( DERECHO ) EL ( SR. NIEVES ) ME INDICO Y CITO ( ! PERO

YO SOY EL " DHO " Y TE PUEDO QUITAR TODA COMUNICACION SI ME DA LA GANA ¡ )

EN LO CUAL LE " RIPOSTE " Y CITO ( ! CLARO COMO AL IGUAL ME FABRICASTE EL

" CUCHILLO " QUE IMPLANTARON EN MI CELDA ), DONDE EL MISMO PROCEDE A REIRSE

Y LE INDICA AL OFICIAL QUE ME EXCOLTO ( LLEVATELO QUE YA TERMINE ) .

CUARTO : QUE EL PERSONAL DE ESTA INSTITUCION DEL (MDC) Y POR INSTRUCCIONES

DE ( SR. ADAMS ) , EL PERSONAL DE CORRESPONDENCIA ESTAN VIOLENTANDOME LOS

DERECHOS A LA ( CONFIDENCIALIDAD ) HE ( OBSTRUYENDO ) EL DERECHO DE AUDIR

ANTE DISTINTAS ENTIDADES DE INDOLE LEGAL Y/O FOROS JUDICIALES POR LAS SIGUI

ENTES RAZONES :

A) ALLA PARA EL MES DE ( MAYO 2023 ) APROXIMADAMENTE ENVIE UNA ( MOCION )

AL HON. TRIBUNAL DE GUAYAMA MEDIANTE UNA ORDEN QUE ME DIO EL MISMO PARA RE-

DACTAR DEVIDAMENTE LA MOCION DONDE (NO) HE RECIBIDO NOTIFICACION ALGUNA .

B) QUE RADIQUE UNA " QUERRELLA " AL ( DIRECTOR REGIONAL ) Y DE LA MISMA AN

TRANSCURRIDO MAS DE APROXIMADAMENTE ( 3 MESES ) Y NO HE RECIBIDO CONTESTA
DE LA ( APELACION DE QUERRELLA ) QUE LE HABIA REMETIDO AL ( DIRECTOR REGIO-
NAL ) .

C) QUE EL SR. LARREGUI REDACTO UNA CARTA ( LEGAL HE CONFIDENCIAL ) Y DIRI-
JIDA LA MISMA AL ( HON. SECRETARIO DE JUSTICIA ) LA CUAL ( NUNCA ) LE LLEGO
Y FUE INTERSECTADA POR EL ( SR. ALBINO, " TENIENTE " ) QUIEN ME INFORMO QUE
LA LEYO, SACO COPIA Y EL MISMO ME ENTREVISTO CON RELACION A LA REFERIDA CAR
TA DE INDOLE ( LEGAL HE CONFIDENCIAL ) , LO CUAL DICHA CORRESPONDENCIA (NO)
LLEGO A SU DESTINO Y AL IGUAL QUE ESTA OTRAS QUE (NO) AN HABIDO RESPUESTAS,
Y SE ENTIENDE QUE ESTE PERSONAL ESTA INCURRIENDO EN UNA ( MALA PRACTICA ) Y
VIOLACIONES DE DERECHOS CIVILES HE CONSTITUCIONALES .

LUEGO DE TODO LO ANTES EXPUESTO HE ALEGADO SE LE ESTARIA SOLICITANDO A ESTE
HON. TRIBUNAL FEDERAL MUY RESPETUOSAMENTE, LO SIGUIENTE :

1) QUE SEA ESTE HON. TRIBUNAL QUIEN AL TOMAL TOTAL CONOSIMIENTO DE TODO LO
ANTES EXPUESTO EL MISMO TOME UNA ( ACCION INMEDIATA ) HE INTERVENGA EN LA
MISMA ENTENDIENDO QUE EXISTEN LOS ELEMENTOS ( EXTRAORDINARIOS ) Y/O ( CONVI
NSENTES ) PARA TOMAR ( JURISDICCION ) EN EL PRESENTE CASO DE " MARRAS "
DANDO EL MISMO CON UN ( HA LUGAR ) EN TIEMPO Y FORMA .

2) QUE SEA ESTE HON. JUEZ QUIEN DE ENTENDER Y/O PROBAR MAS ALLA DE DUDA RA-
ZONABLE QUE TODO LO ANTES EXPUESTO HE ALEGADO ES TOTALMENTE ( CIERTO ) Y
( VERDADERO ) EL MISMO " ORDENE " A LOS AQUI DEMANDADOS EL ( SESE Y DESISTA
DE LAS ACCIONES EN " REPRESALIAS " EN MI CONTRA ) .

3) QUE SEA ESTE HON. JUEZ QUIEN ( ORDENE ) AL " SR. ANGEL L. ADAMS " A  QUE
EL MISMO ( IMPLEMENTE ) UN " AREA DE ( EMERGENCIA ) YA QUE (NO) EXISTE ESTA
AREA DE " EMERGENCIA HABILITADA CON ( EQUIPOS, PERSONAL CERTIFICADO DE TRAU
MAS, Y EL QUE SE GARANTISEN LOS SERVICIOS MEDICOS DE MANERA EFICAZ HE ADECU
ADA CON RELACION A LAS " RESTRINCIONES " PARA CITAS ( EXTERNAS ) DEBIDO A
LAS " DISCAPASIDADES " DEL SR. LARREGUI Y DEL QUE (NO) SE LIMITEN LOS MEDI-
CAMENTO QUE " SATISFAGAN " SUS NECESIDADES DE ( DOLOR ) ENTRE OTRAS Y SE LE
BRINDE DE ESTA MANERA UNA ( DIGNA HE ADECUADA ATENCION MEDICA ) .

4) QUE SEA ESTE HON. TRIBUNAL QUIEN " ORDENE " EL ( SIERE Y ARCHIVO ) DE
LAS QUERRELLAS MENCIONADAS LAS CUALES FUERON ( VISIADAS, ALBITRARIAS, INLE-
GAL Y/O CAPRICHOSAS ) .

5) QUE SEA ESTE HON. TRIBUNAL QUIEN EMITA UNA " ORDEN " PARA QUE SE REALISE LA CORRESPONDIENTE ( INVESTIGACION ) CON UN PERSONAL " AISLADO " DE DICHA FACILIDAD DEL (MDC) DE GUAYNABO PUERTO RICO DONDE SEAN ( ENTREVISTADO ) ██ TODOS LOS " CONFINADOS " DE DICHA INSTITUCION DE MANERA ( INDIVIDUAL ) Y DE ESTA MANERA PUEDAN DENUMCIAR LOS ATROPELLOS, ABUSOS DE PODER, ENTRE MULTI — PLES VIOLACIONES A LOS DERECHOS HUMANOS HE CONSTITUCIONALES DEL CONFINADO Y ASI DE ESTA MANERA PODER OBTENER UNA ( PAZ Y TRANQUILIDAD ) TANTO MENTAL Y PSICOLOGICAMENTE .

6) QUE SEA ESTE HON. TRIBUNAL QUIEN " ORDENE " LOS ( EMPLAZAMIENTOS ) CORRE SPONDIENTES A LOS AQUI DEMANDADOS CITANDO A CADA UNO DE ESTOS DEBIDAMENTE Y SE FIGE UNA VISTA DONDE DE COMIENZO A PROVAR MAS ALLA DE DUDA RAZONABLE LO ANTES EXPUESTO .

7) QUE SEA ESTE HON. TRIBUNAL QUIEN ORDENE A QUE SE ME SUPLA UNA COPIA FIEL Y EXACTA DE DICHO RECURSO DE DEMANDA .

8) QUE SEA ESTE HON. TRIBUNAL QUIEN " ORDENE " A LA PARTE ( DEMANDADA ) A SUFRAGARLE AL SR. LARREGUI UNA ( INDEMNIZACION ) (NO) MENOS DE ( UN MILLON DE DOLARES ) (1,000,000.00 ) POR TODOS LOS DAÑOS OCACIONADOS HE VIOLACIONES DE DERECHOS CIVILES HE CONSTITUCIONALES .

DADA HOY 12 DE SEPTIEMBRE DE 2023, EN GUAYNABO, PUERTO RICO .

MUY RESPETUOSAMENTE ;

HIPOLITO LARREGUI SANTIAGO-69786-509

FIRMA: _Hipolito Larregui Santiago_

M.D.C. DE GUAYNABO - P.O. BOX.2,005

UNIDAD 4-C , CELDA # 102

CATAÑO, PUERTO RICO. 00963